| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant KING |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00405 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| v. | ) | |
| | ) | Hearing Date: August 7, 2009 |
| RALPH E. KING and | ) | Requested Date: September 18, 2009 |
| RAPHAEL KING, | ) | |
| | ) | |
| Defendant. | ) | |

The above-captioned matter is set on August 7, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to September 18, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and September 18, 2009.

Both defendants are charged with conspiracy to steal public money and theft of public money. Mr. Ralph E. King is also charged with making certain false statements to obtain federal employee benefits. Ralph King is in custody currently serving a state sentence; Raphael King is out of custody but unavailable to make the August 7, 2009 status hearing.

The current status of the case is that the government has recently produced additional discovery and the defense is still reviewing and processing the information provided. Additionally, the defense requires additional time to conduct an investigation and to review

Stip to Continue, 09-00405 DLJ

1  certain records to determine the estimate loss amount and whether or not there will be a
2  negotiated disposition of the case.   Finally, the parties request this continuance because
3  defendant Raphael King is unavailable on August 7, 2009 because he needs to appear on a
4  pending state court matter on that same date.
5    The requested continuance will allow the defense to complete its review of the discovery,
6  to investigate the underlying facts of the case, and to obtain and review additional records, if
7  necessary.  It will also allow defendant Raphael King to be present at the status hearing.
8    The parties agree that the failure to grant such a continuance would unreasonably deny
9  counsel for the defendants the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.  The parties further stipulate and agree that the time from
11 August 7, 2009 to September 18, 2009, should be excluded in accordance with the provisions of
12 the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of
13 counsel.

15 August 4, 2009                              /s/
                                             DAVID WARD
16                                           Assistant United States Attorney

18 August 4, 2009                              /s/
                                             SETH CHAZIN
                                             Counsel for Ralph E. King

20 August 4, 2009                              /s/
                                             ANGELA M. HANSEN
21                                           Assistant Federal Public Defender
                                             Counsel for Raphael King

24    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ ANGELA M. HANSEN

1 **ORDER**

2   Based on the reasons provided in the stipulation of the parties above, the Court hereby
3 finds that the ends of justice served by the continuance requested herein outweigh the best
4 interest of the public and the defendants in a speedy trial because the failure to grant the
5 continuance would deny counsel for the defendants the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  The Court makes this finding
7 because defense counsel needs time to review the discovery and to conduct an investigation,
8 which is necessary for the defense preparation of the case.

9   Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
10 August 7, 2009 is continued to September 18, 2009 at 9:00 a.m. and that time is excluded from
11 August 7, 2009 to September 18, 2009 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

12   IT IS SO ORDERED.

14 \_\_August 5, 2009_____      _____
   Date                               D. LOWELL JENSEN
15                                    Senior United States District Judge

Stip to Continue, 09-00405 DLJ         3