1  SETH P. CHAZIN (CSBN 133777)
   Attorney at Law
2  LAW OFFICES OF SETH P. CHAZIN
   1164 Solano Avenue
3  Albany CA 94706
   Telephone:  (510) 507-8100
4  Facsimile:   (510) 525-0087

5  Counsel for Defendant RALPH E. KING

6

7
                     IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR-09-00405 DLJ
11                                   )
              Plaintiff,             )   STIPULATION AND [PROPOSED]
12                                   )   ORDER CONTINUING STATUS
   v.                                )   HEARING
13                                   )
   RALPH E. KING and                 )   Hearing Date: October 16, 2009
14 RAPHAEL KING,                     )   Requested Date: November 6, 2009
                                     )
15            Defendant.             )
   _____
16
       The above-captioned matter is set on October 16, 2009, before this Court for a status
17
   hearing.  The parties jointly request that this Court continue the matter to November 6, 2009 at
18
   9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§
19
   3161(H)(7)(A) and (B)(iv), between the date of this stipulation and November 6, 2009.
20
       Both defendants are charged with conspiracy to steal public money and theft of public
21
   money.  Mr. Ralph E. King is also charged with making certain false statements to obtain federal
22
   employee benefits.  Ralph King is in custody currently serving a state sentence; Raphael King is
23
   also now in custody.
24
       The current status of the case is that the government has produced additional discovery
25
   and the defense is still reviewing this discovery and conducting it's investigation.  The defense
26

1  requires additional time to complete it's investigation.

2      The parties agree that the failure to grant such a continuance would unreasonably deny

3  counsel for the defendants the reasonable time necessary for effective preparation, taking into

4  account the exercise of due diligence.  The parties further stipulate and agree that the time from

5  October 16, 2009 to November 6, 2009, should be excluded in accordance with the provisions of

6  the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of

7  counsel.

8

9  **October 14, 2009**                               /s/
                                                **DAVID WARD**
10                                              **Assistant United States Attorney**

11
    **October 14, 2009**                               /s/
12                                              **SETH P. CHAZIN**
                                                **Counsel for Ralph E. King**
13

14  **October 14, 2009**                               /s/
                                                **ANGELA M. HANSEN**
15                                              **Assistant Federal Public Defender**
                                                **Counsel for Raphael King**
16

17

18

19

20

21

22

23

24

25

26

Stipulation Continuing Status Hearing, 09-00405
DLJ                                                2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendants in a speedy trial because the failure to grant the continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs time to conduct their investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of October 16, 2009 is continued to November 6, 2009 at 9:00 a.m. and that time is excluded from October 16, 2009 to November 6, 2009 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

October 15, 2009
**Date**

_____
**D. LOWELL JENSEN**
**Senior United States District Judge**

Stipulation Continuing Status Hearing, 09-00405
DLJ                                          3